

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In
Re:      Rise Souffle No. 2, LLC

**ENTERED**
06/15/2021

**Debtor(s)**                Case No.: 20–34027

Chapter:  7

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/15/21

Jeffrey P. Norman
United States Bankruptcy Judge